**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 10, 2011.**



In The

# 𝕱𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝕮𝔬𝔲𝔯𝔱 𝔬𝔣 𝕬𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-11-00696-CV
_____

## MICHAEL BURKE, Appellant

## V.

## A.H.D. HOUSTON, INC. D/B/A CENTERFOLDS AND CHRISTOPHER ALAN MALUSA, Appellees

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 968620**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 8, 2011. On November 3, 2011, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.